# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **In Re:** | **CASE NO. 22-54243-JWC** |
| **DORSEY LEON HAMMOND,** | **CHAPTER 11** |
| Debtor. | |

## REPORT OF SALE OF DEBTOR'S REAL PROPERTY

COMES NOW Dorsey Leon Hammond (the "**Debtor**") and submits this Report of Sale of the real property located at 2251 Verna Drive, Decatur, GA 30034-2635 (the "**Property**"), and respectfully shows the Court as follows:

1. The Debtor filed a Petition constituting an Order for Relief under 11 U.S.C. Chapter 11 on June 3, 2022 and has continued in the possession of his assets and the operation of his business as Debtor-in-Possession.

2. On September 14, 2022, the Court entered an Order approving the sale of the Property [Doc. 47]. The sale has since closed. Attached hereto as **Exhibit A** and incorporated herein by reference is the sale closing statement.

Dated: September 26, 2022         Respectfully submitted,

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2022, I filed the foregoing pleading through the Court's CM/ECF system, which caused the parties whose email addresses are listed below to receive electronic service thereof:

- **Elizabeth Ann Childers**    echilders@rlkglaw.com, swenger@rlkglaw.com;csmith@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov
- **Michael Koty Newman**    knewman@robbinsfirm.com
- **Beth E. Rogers**    brogers@berlawoffice.com, receptionist@berlawoffice.com;jcarroll@berlawoffice.com
- **William A. Rountree**    wrountree@rlkglaw.com, swenger@rlkglaw.com;yalamin@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com

Dated: September 26, 2022            Respectfully submitted,

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Elizabeth Childers*
William A. Rountree, Ga. Bar No. 616503
Elizabeth A. Childers, Ga. Bar No. 143546
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
echilders@rlkglaw.com
*Attorneys for the Debtor*

# EXHIBIT A

## SALE CLOSING STATEMENT

Case 22-54243-jwc    Doc 54    Filed 09/26/22    Entered 09/26/22 09:16:35    Desc Main
Document    Page 3 of 6

**ROUNTREE LEITMAN KLEIN & GEER, LLC**
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238

**SALE CLOSING STATEMENT**

**SELLERS:** DORSEY LEON HAMMOND and HARIETTE JOHNSON HAMMOND

**PURCHASER:** AGAPE ACQUISITIONS 2.0 LLC, a Georgia limited liability company

**PROPERTY:** 2251 Verna Drive, Decatur, Georgia 30034

**DATE:** September 21, 2022

|  | Credit to Purchaser | Due to Seller |
|---|---|---|
| **I. CONTRACT PRICE** | | |
| 1. Purchase Price | | $ 250,000.00 |
| 2. Real Estate Tax Proration – DeKalb County (see Note 1) | | $ 517.53 |
| 3. Cash due at Closing: | $ 250,517.53 | |
| TOTAL | $ 250,517.53 | $ 250,517.53 |
| **II. SELLERS' ACCOUNT** | | |
| 1. Bankruptcy Court Order Escrow | $. 250,000.00 | |
| TOTAL | $. 250,000.00 | |
| **III. PURCHASER'S ACCOUNT** | | |
| 1. Clerk of Superior Court – transfer tax | $ 250.00 | |
| 2. Cash due at Closing (same as I(5) above) | $ 250,517.53 | |
| TOTAL | $ 250,767.53 | |
| TOTAL DUE FROM PURCHASER | $ 250,767.53 | |

## REMARKS AND EXPLANATION

1. Real estate ad valorem taxes for DeKalb County applicable to the property are being prorated based upon the 2022 tax bill to be paid at or before closing. The tax proration for said taxes is calculated as follows: Total tax bill of $718.26 divided by 365 days = $1.9678 per day, multiplied by 263 days = $517.53 credit to Seller. The applicable tax parcel number is 15-107-08-001.

2. This sale is conducted pursuant to terms of that certain Contract for Purchase of Real Estate, between, Sellers and Purchaser (the "Contract") and pursuant to that Order Granting Motion to Sell Real Property and Approving Lease entered on September 14, 2022 in the case of *In re: Dorsey Leon Hammond* in the U.S. Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court"), Case Number 22-54243-JWC.

3. Sellers acknowledge receipt in full of the proceeds due from the settlement. Sellers acknowledge that the sale proceeds have been obtained by Rountree Leitman Klein & Geer, LLC (the "Closing Agent") and will be held in escrow by the Closing Agent until further order of the Bankruptcy Court.

4. Purchaser acknowledges that Closing Agent made no representations as to the status of any outstanding or past due water, sewage or other utility services applicable to the Property. The status of such items is the responsibility of the Purchaser.

5. Purchaser and Sellers agree that should any inadvertent errors or omissions later be discovered in any documents executed at settlement, they shall promptly execute such corrective documents and remit such sums as may be required to adjust or correct such errors or omissions.

6. The parties have carefully reviewed the sale closing statement and to the best of their knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on their account or by them in this transaction. The parties further certify that they have received a copy of the sale closing statement.

7. This Sale Closing Statement may be executed in one or more counterparts, each of which may be deemed an original, and all of such counterparts together shall constitute one and the same Sale Closing Statement.

[SIGNATURES ON FOLLOWING PAGE]

**SELLERS:**

_____
DORSEY LEON HAMMOND

_____
HARIETTE JOHNSON HAMMOND


**PURCHASER:**

AGAPE ACQUISITIONS 2.0 LLC,
a Georgia limited liability company

By: _____ (SEAL)
Printed Name: James Peek
Position: Owner


**CLOSING AGENT:**

ROUNTREE LEITMAN KLEIN & GEER, LLC,
a Georgia limited liability company

By: _____
David S. Klein, Member


[SIGNATURE PAGE TO SALE CLOSING STATEMENT]