IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>**ASSOCIATED ORAL SPECIATIES**<br>Debtors. | **CHAPTER 11**<br>**SUBCHAPTER V**<br><br>**CASE NO.  22-58327-bem** |

**REQUEST FOR VOLUNTARY DISMISSAL OF CASE**

COMES NOW ASSOCIATED ORAL SPECIALITIES, Debtor herein and files this Request for Dismissal of Case and shows the stay on office lease has been lifted by the Court and Debtor has vacated the office space. Debtor has no path to reorganization.

RESPECTFULLY SUBMITTED, this 22nd day of May 2023.

/s/ Milton D. Jones
Attorney for Debtor
Georgia Bar No. 402541
PO Box 533
Lovejoy, GA 30250
770 899 8486
miltondjonesatty@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ASSOCIATED ORAL SPECIALTIES, INC.**<br><br>      **Debtor** | CHAPTER 11<br>SUBCHAPTER V<br><br>CASE NO.  22-58327-bem |

CERTIFICATE OF SERVICE OF REQUEST FOR VOLUNTARY DISMISSAL OF CASE

The undersigned has served the attached Request upon the following persons by email at the stated address:

Leon Jones – ljones@joneswalden.com

Ron Bingham – ron.bingham@arlaw.com

Martin Ochs - martin.p.ochs@usdoj.gov

George Green, Jr. – ggreenjr@wwhgd.com

As well as filed this Request through the Court's ECF System which will send notice to all creditors listed on the mailing matrix.

Dated this 22nd day of May 2023.

>  /s/Milton D. Jones
>  Counsel for debtor
>  GA State Bar No. 402541
>  PO Box 533
>  Lovejoy, GA 30250
>  770 899 8486
>  miltondjones@comcast.net