**IT IS ORDERED as set forth below:**

**Date: April 20, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22-54243-jwc |
| DORSEY LEON HAMMOND, ) | |
| ) | |
| Debtor ) | CHAPTER 11 |
| ) | |

**ORDER APPROVING APPLICATION TO EMPLOY LAMBERTH, CIFELLI, ELLIS & NASON, P.A., AS COUNSEL FOR DEBTOR, SUBJECT TO OBJECTION**

Dorsey Leon Hammond ("Debtor") filed on April 12, 2023, (Docket No. 98) an application to employ Lamberth, Cifelli, Ellis & Nason, P.A. ("Applicant") as counsel for Debtor in this case (the "Application"). No hearing is necessary on the Application absent the filing of an objection to it. Pursuant to a certificate of service filed with or attached to the Application, the Application has been served on the United States Trustee as required by Federal Rule of Bankruptcy Procedure 2014, and on all parties appearing in the case through this Court's ECF system. No further service of the Application is necessary.

The Application and accompanying Verification of G. Frank Nason, IV, demonstrate preliminarily that the Applicant are attorneys qualified to practice in this Court, for attorneys and are disinterested. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014, the Application is **GRANTED,** and Debtor is authorized to employ Applicant as his attorneys during Debtor's Chapter 11 case, subject to objection as provided for herein; and it is further

ORDERED that compensation may be paid and expenses reimbursed to Applicant only pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise; and it is further

ORDERED that any party in interest shall have twenty-one (21) days from the service of this Order to file an objection to the Application and/or the relief provided in this Order; and it is further

ORDERED that if an objection is timely filed counsel for Debtor will set the Application and all such objections for hearing pursuant to the Court's Open Calendar Procedures; and it is further

ORDERED that if no objection to this Order is timely filed, this Order shall be a final Order approving the Application; and it is further

ORDERED that Applicant shall, within three (3) days of the entry of this Order, cause a copy of this Order to be served by first class mail, postage prepaid, on all parties served with the Application, creditors, and parties in interest and shall file promptly thereafter a certificate of service confirming such service.

[END OF ORDER]

**Preparer's Signature on Next Page**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
Counsel for Debtor

By: */s/ G. Frank Nason, IV*
        G. Frank Nason, IV
        Georgia Bar No. 535160
6000 Lake Forrest Drive, N.W.
Suite 435
Atlanta, GA  30328
(404) 262-7373

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, NW, Suite 435, Atlanta, GA 30328

Lindsay P. S. Kolba, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

James F. F. Carroll, Rogers Law Offices, 9040 Roswell Road, Suite 205, Atlanta, GA 30350

Vincent R. Russo, Robins Alloy Belinfante Littlefield, LLC, 500 14th Street NW, Atlanta, GA 30318