**IT IS ORDERED as set forth below:**

**Date: April 21, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DORSEY LEON HAMMOND | ) | Case No. 22-54243-jwc |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DLP LENDING FUND, LLC | ) | CONTESTED MATTER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GROUNDFLOOR HOLDINGS GA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER

THIS MATTER having come before the Court on the Joint Expedited Motion to Approve Compromise Agreement (the "Joint Motion") filed by DLP Lending Fund, LLC ("DLP") and Groundfloor Holdings GA, LLC ("Groundfloor") (together, Groundfloor and DLP are referred to

as the "Parties") seeking approval of the Amended Settlement Agreement[1] between Groundfloor attached to the Notice of Filing Amended Settlement Agreement as Exhibit "A;"; proper and adequate notice of the Joint Motion was given; the Parties and the Debtor Dorsey Hammond ("Debtor") having stipulated and agreed to the relief granted here, as represented by the signatures of their counsel below; hearings having been held on the Joint Motion on March 30, 2023 and April 13, 2023 and no parties other than Debtor with respect to claim of an exemption objected to the Joint Motion, it appearing to the Court that the relief requested in the Joint Motion is the in best interest of the Debtor's Bankruptcy Estate and creditors, the Court **ORDERS, ADJUDGES AND DECREES THAT**:

1. Debtor's prior counsel, Rountree Leitman Klein & Geer, LLC, is hereby ordered to disburse the $250,000.00 (the "Sales Proceeds") held in its trust account from the sale of the property located at 2251 Verna Drive, Decatur, GA 30034 (the "Property") as follows:

    a. $145,000.00 to DLP pursuant to the wire instructions contained in Paragraph 1.2(a) of the Amended Settlement Agreement ("DLP Payment");

    b. $95,000.00 to Groundfloor pursuant to the wire instructions contained in Paragraph 1.2(b) of the Amended Settlement Agreement ("Groundfloor Payment");

    c. $10,000.00 to Debtor, in satisfaction of Debtor's claim to an exemption in the Property/Sale Proceeds, and deliver same to Debtor's new counsel, Lamberth, Cifelli, Ellis & Nason, P.A., to be held in its Trust Account, pending further Court orders regarding same.

2. Any claims of the Debtor to the $240,000.00 consisting of the DLP Payment and Groundfloor Payment are hereby released.

---

[1] All capitalized terms shall have the meanings assigned to them in the Joint Motion or Amended Settlement Agreement. All references to the Settlement Agreement refer to the Settlement Agreement as amended.

**[END OF DOCUMENT, SIGNATURES ON NEXT PAGE]**

**PREPARED AND CONSENTED TO BY:**

/s/James F. F. Carroll
Beth E. Rogers, Georgia Bar 612092
James F. F. Carroll, Georgia Bar 940350
9040 Roswell Rd, Suite 205
Atlanta, GA 30350
770-685-6320
Fax: 678-990-9959
Attorneys for DLP

Consented to by:

*/s/Vincent R. Russo*
Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3255
*Attorneys for* Groundfloor

Consented to by: /s/ G. Frank Nason, IV
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, NW Suite 435
Atlanta, Georgia 30328
 (404)-262-7373

DISTRIBUTION LIST:

Beth Rogers
9040 Roswell Rd, Suite 205
Atlanta, GA 30350

Frank Nason
6000 Lake Forrest Drive, NW Suite 435
Atlanta, Georgia 30328

Vincent Russo
500 14th Street, N.W.
Atlanta, Georgia 30318

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Dorsey Hammond
2251 Verna Drive
Decatur, Georgia 30034