UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22-54243-jwc |
| DORSEY LEON HAMMOND, ) | |
| ) | |
| Debtor ) | CHAPTER 7 |
| ) | |

**FINAL REPORT AND ACCOUNT OF ASSETS**

COMES NOW Dorsey Leon Hammond ("Debtor") and, in accordance with the *Order Converting Case to Chapter 7* entered May 19, 2023 (Doc. No. 111) hereby files this *Final Report and Account of Assets*, showing as follows:

Debtor filed his Chapter 11 petition on June 3, 2022 (the "Petition Date"). On the Petition Date, Debtor had an interest in the following real and personal property:

| Property | Value | Debtor's Interest | Exemption |
|---|---|---|---|
| 2251 Verna Drive, Decatur, GA 30034 | $250,000 | 50% | $10,000 |
| 2016 Chevrolet Traverse LTZ | $19,825 | 100% | $14,719 |
| 2011 GMC Sierra | $8,075 | 100% | $481 |
| Household Goods, Furniture, Appliances | $3,000 | 50% | $3,000 |
| Everyday Clothes | $300 | 100% | $300 |
| Golf Clubs, weight bench, cornhole | $100 | 50% | None |
| Firearms | $200 | 100% | None |
| Wedding Band, 6 Watches, 3 Casual Bracelets, 2 Gold Rings | $750 | 100% | $500 |

| | | | |
|---|---|---|---|
| Blood Pressure Monitor | $75 | 100% | $75 |
| Cash | $100 | 100% | None |
| Wells Fargo Account | $1,000 | 50% | $1,000 |
| VA Benefits | $1,168.77 Monthly | 100% | Fully Exempt |
| GM Fidelity Retirement Pension | $1,412.43 | 100% | Fully Exempt |
| Hariette Johnson Hammond Irrevocable Living Trust of 2019 | $0 | N/A | N/A |
| Term Life Policy | $0 Refund Value | $100 | None |

Debtor claimed an exemption in the amount of $10,000 (the "Homestead Exemption") in the residence at 2251 Verna Drive, Decatur, GA 30034 (the "Residence"). The residence was sold pursuant to this Court's *Order Granting Motion to Sell Real Property and Approving Lease* (the "Sale Order")(Doc. No. 47), with all liens, claims, interests, and encumbrances attaching too the proceeds with the same rights and priorities as existed in and to the Residence on the Petition Date. The net proceeds from the sale of the Residence totaling $250,000 (the "Sale Proceeds") were held in trust by Debtor's former counsel (Doc. No. 54).

On April 13, 2023, Debtor filed his *Motion to Avoid Judgment Liens Pursuant to 11 U. S. C. § 522* (Doc. No. 100), seeking, among other things, to avoid the judgment liens of DLP Lending Fund, LLC ("DLP"), and Groundfloor Holdings GA, LLC ("Groundfloor")(collectively, the "Judgment Creditors"), in and to the portion of the Sale Proceeds to which the Homestead Exemption attached.

Pursuant to a *Consent Order* (Doc. No. 103), former counsel disbursed the Sale Proceeds as follows: $145,000 to DLP and $95,000 to Groundfloor. The remaining $10,000, representing

2

the portion of the Sale Proceeds to which the Homestead Exemption attached, to Debtor's counsel the Firm to be held in trust pending further order.

On May 17, 2023, the Court entered its *Order Avoiding Judgment Liens Pursuant to § 522 of the Bankruptcy Code* (Doc. No. 108), avoiding, among other things, the liens of the Judgment Creditors in and to the portion of the Sale Proceeds to which the Homestead Exemption attached. In his agreement engaging the Firm, Debtor agreed that the portion of the Sale Proceeds to which the Homestead Exemption attached would, upon avoidance of the liens of the Judgment Creditors, be paid to Debtor's counsel as a retainer for services to be provided.

Debtor's cash, funds in the Wells Fargo account, VA Benefits, and GM Retirement Pension payments have been expended for the payment of ordinary living expenses throughout the Chapter 11. All other assets remain in Debtor's possession.

Dated: May 30, 2023

                                                  LAMBERTH, CIFELLI,
                                                  ELLIS & NASON, P.A.
                                                  *Counsel for Debtor*

                                                  By: */s/ G. Frank Nason, IV*
                                                           G. Frank Nason, IV
                                                           Georgia Bar No. 535160
                                                          fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373

**Certificate of Service**

      This is to certify that I have on this day electronically filed the foregoing *Final Report and Account of Assets* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Dated: May 30, 2023

                                                                 /s/ *G. Frank Nason, IV*
                                                                  G. Frank Nason, IV

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373