**IT IS ORDERED as set forth below:**

**Date: July 12, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 22-54243-jwc |
| DORSEY LEON HAMMOND, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |

**ORDER ALLOWING AND AUTHORIZING PAYMENT OF COMPENSATION TO LAMBERTH, CIFELLI, ELLIS & NASON, P.A.**

On June 6, 2023, Lamberth, Cifelli, Ellis & Nason, P.A. ("LCEN") filed its *First and Final Application of Lamberth, Cifelli, Ellis & Nason, P.A., for Allowance of Compensation* (the "Application")(Doc. No. 122) seeking allowance of fees in the amount of $5,093 for the period beginning April 12, 2023, and ending May 18, 2023 (the "Subject Period").

On June 6, 2023, LCEN filed a *Notice of Application for Approval of Fees of Debtor's Counsel, Deadline to Object and for Hearing* (the "Notice") pursuant to the Third Amended and Restated General Order 24-2018. The Notice was served on all creditors and interested parties on June 7, 2023. The Notice set the hearing on the Application for July 13, 2023 (the "Hearing"), and

fixed the deadline for objections to the Application as July 3, 2023 (which is the first business day that is more than 24 days from the service of the Notice).

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the Third Amended and Restated General Order 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Application and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Application. Accordingly, it is

ORDERED that the Application is APPROVED; and it is further

ORDERED that LCEN is hereby allowed fees in the amount of $5,093 for the Subject Period; and it is further

ORDERED that LCEN is hereby authorized to be paid the fees allowed hereunder from the retainer held by LCEN as set forth in *Rule 2016 Disclosure Statement of Compensation of Attorney for Debtor* (Doc. No. 110).

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
*Attorneys for Debtor*

By: */s/ G. Frank Nason, IV*
         G. Frank Nason, IV
         Georgia Bar No. 535160
6000 Lake Forrest Drive
Suite 435
Atlanta, GA 30328
(404) 262-7373
fnason@lcenlaw.com

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, Suite 435, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Lindsay P. S. Kolba, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Dorsey Hammond, 2251 Verna Drive, Decatur, GA 30034