**IT IS ORDERED as set forth below:**

**Date: July 13, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DORSEY LEON HAMMOND, | : | CASE NO. 22-54243 - JWC |
| | : | |
| DEBTOR. | : | |

**CONSENT ORDER ON UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE POST-PETITION RETAINER AND MOTION TO DISQUALIFY ROUNTREE LEITMAN KLEIN & GEER, LLC**

This matter is before the Court on the United States Trustee's Objection to Debtor's Motion to Approve Post-Petition Retainer and Motion to Disqualify Rountree, Leitman, Klein & Geer, LLC (the "Objection") (Doc. No. 91). Counsel for the United States Trustee and a representative of Rountree, Leitman, Klein & Geer, LLC ("Rountree") conferred and agreed to the entry of a consent order resolving the Objection.

In consideration of the agreement and the consent of the United States Trustee and Rountree, it is hereby

ORDERED the *Order Granting Application to Employ and Retain Rountree, Leitman, Klein & Geer, LLC* (Doc. No. 35) is VACATED. It is further

ORDERED on or before July 31, 2023, Rountree shall turnover $19,198.24 to the chapter 7 trustee.[1]  It is further

ORDERED the Clerk, U.S. Bankruptcy Court, shall serve a copy of this order upon Debtor, Rountree, the chapter 7 trustee, and the United States Trustee.

**[END OF DOCUMENT]**

| Consented to by: | Consented to by: |
|---|---|
| MARY IDA TOWNSON<br>UNITED STATES TRUSTEE<br>REGION 21<br><br>By: */s/ Lindsay P. S. Kolba*<br>Lindsay P. S. Kolba<br>Georgia Bar No. 541621<br>United States Department of Justice<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303<br>(404) 331-4478<br>lindsay.p.kolba@usdoj.gov | */s/ William A. Rountree*<br>William A. Rountree (*with express permission*)<br>Georgia Bar No. 616503<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329<br>(404) 584-1238<br>wrountree@rlkglaw.com |

**DISTRIBUTION LIST**

| | |
|---|---|
| Dorsey Leon Hammond<br>2251 Verna Dr.<br>Decatur, GA 30034-2635 | William A. Rountree<br>Rountree Leitman Klein & Geer, LLC<br>Century Plaza I, Suite 350<br>2987 Clairmont Road<br>Atlanta, GA 30329 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555,2964 Peachtree Road<br>Atlanta, GA 30305 | Lindsay P. S. Kolba<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 |

---

[1] This amount is the $21,218.12 in funds Rountree received on behalf of the Debtor less the $1,738.00 filing fee paid in this case and $281.88 in real estate closing expenses paid by Rountree.