**IT IS ORDERED as set forth below:**

Date: July 12, 2023

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 22-54243-jwc |
| DORSEY LEON HAMMOND, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |

**ORDER ALLOWING AND AUTHORIZING PAYMENT OF COMPENSATION TO LAMBERTH, CIFELLI, ELLIS & NASON, P.A.**

On June 6, 2023, Lamberth, Cifelli, Ellis & Nason, P.A. ("LCEN") filed its *First and Final Application of Lamberth, Cifelli, Ellis & Nason, P.A., for Allowance of Compensation* (the "Application")(Doc. No. 122) seeking allowance of fees in the amount of $5,093 for the period beginning April 12, 2023, and ending May 18, 2023 (the "Subject Period").

On June 6, 2023, LCEN filed a *Notice of Application for Approval of Fees of Debtor's Counsel, Deadline to Object and for Hearing* (the "Notice") pursuant to the Third Amended and Restated General Order 24-2018. The Notice was served on all creditors and interested parties on June 7, 2023. The Notice set the hearing on the Application for July 13, 2023 (the "Hearing"), and

fixed the deadline for objections to the Application as July 3, 2023 (which is the first business day that is more than 24 days from the service of the Notice).

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the Third Amended and Restated General Order 24-2018 and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Application and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Application. Accordingly, it is

ORDERED that the Application is APPROVED; and it is further

ORDERED that LCEN is hereby allowed fees in the amount of $5,093 for the Subject Period; and it is further

ORDERED that LCEN is hereby authorized to be paid the fees allowed hereunder from the retainer held by LCEN as set forth in *Rule 2016 Disclosure Statement of Compensation of Attorney for Debtor* (Doc. No. 110).

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
 ELLIS & NASON, P.A.
*Attorneys for Debtor*

By: */s/ G. Frank Nason, IV*
         G. Frank Nason, IV
         Georgia Bar No. 535160
6000 Lake Forrest Drive
Suite 435
Atlanta, GA 30328
(404) 262-7373
fnason@lcenlaw.com

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, Suite 435, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Lindsay P. S. Kolba, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Dorsey Hammond, 2251 Verna Drive, Decatur, GA 30034

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                              Case No. 22-54243-jwc
Dorsey Leon Hammond                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: bncadmin          Page 1 of 2
Date Rcvd: Jul 12, 2023         Form ID: pdf409         Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dorsey Leon Hammond, 2251 Verna Dr., Decatur, GA 30034-2635 |
| | + | Dorsey Hammond, 2251 Verna Drive, Decatur, GA 30034-2635 |
| | + | G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, Suite 435, Atlanta, GA 30328-3896 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 12 2023 20:30:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Jul 12 2023 20:30:00 | Lindsay P. S. Kolba, Office of the US Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3330 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth E. Rogers | on behalf of Plaintiff DLP Lending Fund LLC brogers@berlawoffice.com, receptionist@berlawoffice.com;jcarroll@berlawoffice.com |

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Jul 12, 2023 | Form ID: pdf409 | Total Noticed: 5 |

Beth E. Rogers
    on behalf of Creditor DLP Lending Fund  LLC brogers@berlawoffice.com, receptionist@berlawoffice.com;jcarroll@berlawoffice.com

Elizabeth Ann Childers
    on behalf of Defendant Dorsey Leon Hammond echilders@rlkglaw.com swenger@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com

Elizabeth Ann Childers
    on behalf of Debtor Dorsey Leon Hammond echilders@rlkglaw.com swenger@rlkglaw.com;csmith@rlkglaw.com;6717577420@filings.docketbird.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com

G. Frank Nason, IV
    on behalf of Defendant Dorsey Leon Hammond fnason@lcenlaw.com NasonFR86494@notify.bestcase.com;rstuder@lcenlaw.com

G. Frank Nason, IV
    on behalf of Debtor Dorsey Leon Hammond fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;rstuder@lcenlaw.com

Lindsay P. S. Kolba
    on behalf of U.S. Trustee United States Trustee lindsay.p.kolba@usdoj.gov

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

Vincent R. Russo
    on behalf of Creditor Groundfloor Holdings GA  LLC vrusso@robbinsfirm.com

Vincent R. Russo
    on behalf of Plaintiff Groundfloor Holdings GA  LLC vrusso@robbinsfirm.com

William A. Rountree
    on behalf of Debtor Dorsey Leon Hammond wrountree@rlkglaw.com swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com

William A. Rountree
    on behalf of Defendant Dorsey Leon Hammond wrountree@rlkglaw.com swenger@rlkglaw.com;6717577420@filings.docketbird.com;R71213@notify.bestcase.com;csmith@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emiller@rlkglaw.com;emillerrlkg@ecf.courtdrive.com

TOTAL: 12